

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-20-00008-CV

| | | |
|---|---|---|
| CLARENCE JEDUSS WASHINGTON, Appellant | § | On Appeal from the 16th District Court |
| | § | of Denton County (2010-11156-16) |
| V. | § | February 13, 2020 |
| CATHERINE GRACE RUBIO | § | Opinion by Justice Gabriel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed. It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
      Justice Lee Gabriel